## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Gustavo Sanchez Marban, | Civil No. 25-cv-1227 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Holiday Station Stores, LLC, | |
| Defendant. | |

This matter is before the Court on Plaintiff Gustavo Sanchez Marban's application to proceed *in forma pauperis*. (ECF No. 13, "IFP Application".) After review, the Court **GRANTS** the IFP Application.

**SO ORDERED.**

Dated: April 15, 2025

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge